**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

FORWARD FINANCING LLC,
*Plaintiff*,

v.

Razorz Construction Inc
*d/b/a* Razorz Construction
*and* Ryan Carter,
*Defendants*.

**CA No.** 16-12209

## COMPLAINT

Plaintiff Forward Financing LLC sues Defendants Razorz Construction Inc and Ryan Carter for breach of contract. Specifically, Plaintiff states and alleges as follows:

## PARTIES

1. Plaintiff is a Delaware corporation with its principal place of business at 36 Bromfield Street, Suite 210, Boston, Massachusetts 02108 and is the successor company of 2Dollar Capital, LLC. All members of Plaintiff presently reside in the Commonwealth of Massachusetts.

2. Defendant Razorz Construction Inc is a Utah Corporation with its principal place of business at 9500 South 500 West #104, Sandy, UT 84070.

3. Defendant Ryan Carter is a principal of Razorz Construction Inc, and agreed to indemnify Plaintiff for any breaches by Defendant Razorz Construction Inc of its agreement with Plaintiff. Defendant Ryan Carter resides at 1092 Stone Fly Dr, Riverton, UT 84065.

## JURISDICTION AND VENUE

4. This Court has jurisdiction pursuant to 28 U.S.C. § 1332(a) because this lawsuit involves citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

5. Venue in this district is proper in accordance with 28 U.S.C. § 1391(a).

## FACTS

6. On July 12, 2016, Plaintiff and Defendant Razorz Construction entered into a Future Receipt Sales Agreement whereby Plaintiff purchased Defendant Razorz Construction's Future Receipts for the amount of $125,000.00. A copy of the Future Receipt Sales Agreement is attached hereto as Exhibit A.

7. Pursuant to the terms of the Future Receipt Sales Agreement, Defendant Razorz Construction is obligated to pay Plaintiff Fifteen percent (15%) of its Future Receipts until a total of $171,875.00 is collected by Plaintiff.

8. Additionally, pursuant to the terms of the Future Receipt Sales Agreement, Defendant Razorz Construction granted Plaintiff a security interest in its Future Receipts, as that term is defined in the contract.

9. Defendant Razorz Construction made regular payments between July 15, 2016 and September 28, 2016. However, Defendant Razorz Construction has not made any payments since September 28, 2016 and has violated the terms and conditions of the agreement.

10. In Future Receipt Sales Agreement, Defendant Ryan Carter agreed to indemnify Plaintiff for any damages caused by Defendant Razorz Construction's

breaches of the contract. Defendant Ryan Carter has refused to indemnify Plaintiff for Defendant Razorz Construction's breach of the agreement.

11. By reason of the default, and in accordance with the terms of the agreement, Plaintiff is owed damages.

12. As of the date of this filing, Defendants owe Plaintiff the sum of $148,735.12, which is the amount due and unpaid by reason of failure to pay the installments under the agreement.

**COUNT I**
**(Breach of Contract)**

13. Plaintiff incorporates paragraphs 1 through 12 as if fully set forth herein.

14. Plaintiff and Defendant Razorz Construction entered into an agreement whereby Defendant Razorz Construction is obligated to pay Plaintiff Fifteen percent (15%) of its Future Receipts until a total of $171,875.00 is collected by Plaintiff.

15. In breach of the agreement, Defendant Razorz Construction has not made any payments since September 28, 2016 and has violated the terms and conditions of the agreement. Defendant Ryan Carter is responsible for indemnifying Plaintiff for Defendant Razorz Construction's breaches of the agreement, but have refused to do so in further breach of the agreement.

16. As a result of Defendants' breaches of the agreement, Plaintiff suffered the monetary damages described herein.

**WHEREFORE,** Plaintiff demands judgment against Defendants in the sum of $148,735.12, an amount equal to the value of the Defendants' Future Receipts.

**COUNT II**
**(Possession of Collateral)**

17. Plaintiff incorporates paragraphs 1 through 12 as if fully set forth herein.

18. Plaintiff has a security interest in the Future Receipts of Defendant Razorz Construction.

19. Plaintiff has committed a breach and defaulted under the Future Receipts Sales Agreement.

20. Pursuant to Section 9-609 of the Uniform Commercial Code, Plaintiff is entitled to take possession of the collateral.

**WHEREFORE**, Plaintiff demands judgment against Defendants to entitle Plaintiff to take possession of the Future Receipts.

**WHEREFORE,** Plaintiff demands judgment against Defendants in the sum of $148,735.12, an amount equal to the value of the Defendants' Future Receipts.

Respectfully submitted,
Forward Financing,
By its attorneys,

COMBIES HANSON

/s/ Adam J. Combies

Adam J. Combies, Bar No. 667150
COMBIES HANSON
137 Lewis Wharf
Boston, MA 02110
T: (617) 556-9964
F: (617) 556-9965
acombies@combieshanson.com